UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ADIENNE BURKE, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV00629-ERW |
| (AGF) | | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant(s). | ) | |

**ORDER**

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Audrey G. Fleissig pursuant to 29 U.S.C. § 636(b) [doc. #15].

The Court notes that no objections were filed to the Report and Recommendation within the time period afforded by 28 U.S.C. § 636(b)(1). The Court has considered the Report and Recommendation and hereby sustains, adopts and incorporates herein the Magistrate's Report and Recommendation with the following change:

• Page 19 references Dr. Spellman's December 27, 2007 evaluation, it should read Dr. Spellman's December 27, 2002 evaluation.

Accordingly,

**IT IS HEREBY ORDERED** that the decision of the Commissioner is **AFFIRMED**, and the Plaintiff's Complaint is dismissed with prejudice.

Dated this 17th Day of May, 2007.

E. Richard Webber

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE