UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ADRIENNE BURKE, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV00629-ERW |
| (AGF) | | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant(s). | ) | |

## **JUDGMENT**

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the above-styled action is **DISMISSED with prejudice**.

Dated this 17th Day of May, 2007.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE